UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEXON INSURANCE COMPANY, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4245** |
| **FEDERAL DEPOSIT INSURANCE CORP.,** as receiver for FIRST NBC BANK | **SECTION: "B"(1)** |

### ORDER

Before the Court is the Government's Motion for Extension of Time to File Responsive Pleading (Rec. Doc. 68). Accordingly,

**IT IS ORDERED** that the motion for extension of time is **GRANTED**. The Government shall file its responsive pleading **no later than April 29, 2019.**

New Orleans, Louisiana, the 9th day of April, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE